UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

IAN THORNE,

                    Plaintiff,         21-mc-213(JGK)
                                         ORDER
     - against -

DISTRICT OF COLUMBIA, ET AL.,

                   Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

    This miscellaneous matter was opened on March 3, 2021. See ECF No. 1.  The document initiating this matter does not appear to request action by this Court.  Moreover, there is no authority for filing such a document by Thorne.

    Therefore, the Court strikes the document filed by Thorne and orders that the matter be closed.  The Clerk of Court is directed to mail this order to Ian Thorne and to close this matter.


SO ORDERED.

Dated:    New York, New York
          March 8, 2021

                               /s/ John G. Koeltl
                                John G. Koeltl
                    United States District Judge